COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| IN RE: | § | No. 08-16-00156-CR |
| | § | ORIGINAL PROCEEDING |
| STATE OF TEXAS, | § | |
| | § | ON PETITION FOR WRIT OF |
| RELATOR. | § | MANDAMUS |

## J U D G M E N T

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Luis Aguilar, Judge of the 243rd District Court of El Paso County, Texas, and concludes that Relator's petition for writ of mandamus should be conditionally granted. We therefore direct the trial court to withdraw the order disqualifying Assistant District Attorney Denise Butterworth from the prosecution of the case against Luis Solis Gonzalez, in accordance with the opinion of this Court. The writ of mandamus will issue should the trial court fail to comply.

IT IS SO ORDERED THIS 30TH DAY OF NOVEMBER, 2016.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.